SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 12 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)    PAGE 1

# UNITED STATES DISTRICT COURT
## ~~NORTHERN~~ Southern DISTRICT OF MISSISSIPPI

Rodney Miller's ~~Tory Miller~~ Tm
**Plaintiff**

v.    CASE NO. 3:19 cv 558 DPJ-FKB

Delta Correctional Facility Et. Al
**Defendant**

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Rodney Miller

   B. Name under which sentenced: Rodney D. Miller

   C. Inmate identification number: 170403

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): Po box 45528 Oxn ms 38282

   E. Place of confinement: Delta Correctional Facility

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: Delta Correctional Facility

   Title (Superintendent, Sheriff, etc.): 3800 Co Rd 540

   Defendant's mailing address (street or post office box number, city, state, ZIP): Greenwood ms 38930

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 2

Name: Mississippi Dept of Corrections

Title (Superintendent, Sheriff, etc.): 

Defendant's mailing address (street or post office. box number, city, state, ZIP): 3021, 633 N. State St. Jackson MS 39202

Name: Unknown officer Spivey

Title (Superintendent, Sheriff, etc.): Corr officer

Defendant's mailing address (street or post office box number, city, state, ZIP): 3800 Co Rd 540 Greenwood MS 38930

Name: Unknown officers

Title (Superintendent, Sheriff, etc.): 

Defendant's mailing address (street or post office box number, city, state, ZIP): 3800 Co Rd 540 Greenwood MS 38930

(If additional Defendants are named, provide on separate sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?   ☐ Yes   ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:
      Plaintiff(s): N/A
      Defendant(s): N/A
   B. Court: _____   C. Docket No.: _____
   D. Judge's Name: _____   E. Date suit filed: _____
   F. Date decided: _____   G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement?   ☑ Yes   ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below).   ☑ Yes   ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)      PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented? ☒ Yes ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed? ☒ Yes ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

I made contact with my wife she made contact with the prison the warden came and took notes of what happen and all the facts was reported on Aug-9-2019

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

It was stated to me they are fully investigated the concerns and facts to my issues

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                    PAGE 4

> **Special Note**: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, al responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

   _____
   _____
   _____
   _____
   _____
   _____

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

On or About Aug-9-2019 I was sitting on my bed 416 B zone C Building After 8:15pm when 3 other Inmates Enter the Zone And Begin to Jump on me Previous my wife made Complaints About Officer Spivey who worked my Tower And During The Time The Inmates Came Into my Zone Officer Spivey unknown officer's was working The Tower It's Clear That I was being Retalted By these officer's Due To Reports Be made officer Spivey made several of Remarks to me, others She told me "Staying with his gay ass" I wasn't Do anything To Be Assaulted under no way And The Prison guards Allowed This To happen to me I wasn't taken to medical for sexual hook Int'll I made contact with my wife that's when some unknown Agent Davis come And to me to medical And Ask what happen I was then taken to A lockdown Building I wasn't there for displinary Reasons I was confined to this Cell 13 For 24 hours Each day I stayed wasn't given A Shower for days I wasn't provide Air It was Extremly hot I felt like I was passed out It was urin on the floor I was done wrong Abused neglated pain this course

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00) PAGE 5

It's not fare to me And I fear my Saftey Doing This Course of my life In the Custody of MDOC'S All

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

Montery damages $250,000 Puntive damages Legal fees Being payed By Prison Officer Befired Who Pratice Wrong Judgement doing my Abuse Comsent damages, Pay Any medical Bills that will be caused due to this Trama I've caukid And unknoo damages that may or my not Be Added Doing The Course of this Action

This Complaint was executed at (location): 3527 Highcrest Dr. Jackson MS 39212

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 8-10-2019

Rodney miller

Plaintiff's Signature

To: Mississippi Department of Corrections
Attn: Christy Gutherz
CC: Dir. Sean Smith

## RE: To Administrive Concerns

I Torey Miller the Wife of Inmatter Rodney D. Miller #170403 is writein you asking that the proper Remdy's is brought from the Assault that happen on are about 8-9-2019 within Greenwood MS at one of the Mississippi Department Corr. Facility which was at "Delta Corr. Facility" C Building D Zone Apprx 12:15pm as Rodney D. Miller #170403 was within the care of the "Department of Corr" at time this "Incident" occurred "As it is Extremly Clear that Department of Corr Officer Partake Into Actions And "Shameful Behavior" which is a direct violation as to policys set out Rodney Miller #170403 has Expressed that he wish to Bring Criminal Charges Against All that is "Involed" As that is his Right to due so has "Due Process" allow such I Have Reported these Actions as the Administrive of MDOC has Begun the Basic Begining Process of there "Investgation" It willn't Rest my nor Rodney Miller Concern's if Charges hasn't Bein filed as how set out a criminal Charge for the Action of this officer's the 3 Inmattes that are among Larg Rodney Miller #170403 wasn't Placed into Mississippi Dept of Corrections Care to be neglected an anyway he hasn't done Anything wrong And futher I Assore he willn't do Anthing wrong Intill He is Released from the Care of MS Depart of Corrections the family will carryout there Right to Bring Legal Action Because of the Actions of the officer who Clearly Aided $ Abided Into such Action I deeply Concern for his Safety at the hands of the Facility Located within the city of @ Greenwood MS operated by the Mississippi Department of Correctional Mr. Rodney D. Miller is under 30day's of Complation of the orders of the members of MS Parole Board I Have Been within Direct Communication with Mrs Gutherz who is Dir of Community Corr with the MS Dept of Corr as she has Repled to All Emails at times that should be within her personal time which speak well of How she Respect her Duty's as I'm fully aware this type of Behavior of Anyone Rather they are and Inmatte or personal as I Bring this letter to a End it is Asked that we your Department used proper Judgement Doing this course of the distress that Rodney D. Miller and the family Have gotten from the Actions on 8-9-2019

I Have & Will Be Brinying A Legal Action

Exbit A

Pg 1

And will Provide the Department of the Archives That this has happen But if make explains we can set forth a image that this don't happen Again Are they can get what the Administrive Poilcy Allow I'm Requesting That All Rodney D. Miller #170203 Records that relate to this Inicident Be Sealed/Resered Should you will need the need to Follow-up with my I can Be Reached As Followed Email Address Foxshameka6@gmail.com via Phone 601-500-1686

Sinsorly Yours
Torey C. Smither

_Torey C. Smith_
Signature of Writer

8-12-19
Date

State of Mississippi, County of __Hinds__  I, __Evangeline Moser__, a notary Public of said County,

Do Certify that the Foregoing Instrument was Acknowledged Before me on the __12th__ day of __August__, 2019

Given under my hand this __12__ day of __August__, 20__19__.

My Commission Expries:
__12-20-2020__  /  _Evangeline Moser_
Date              Signature of Notary Public

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 62222 EVANGELINE MOSER Commission Expires Dec. 20, 2020 MADISON COUNTY]